UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOSTON SPORTS MEDICINE, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 1:16 cv10143 DJC |
| v. | : | |
| | : | |
| BOSTON SPORTS MEDICINE & RESEARCH INSTITUTE, LLC, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS**

The following is the status of the parties work toward a settlement agreement:

The parties state that they are in the process of formulating and finalizing a business plan that would result in a mutually beneficial collaboration between the parties' businesses.  They have been working diligently since February of this year to finalize the agreement, however, certain obstacles have delayed the agreement.  As the parties are in the medical field, their agreement necessarily requires the cooperation of insurers as well as other health care providers.  Most of the necessary third parties are have already indicated that their cooperation can be counted on, however, a few have not yet confirmed their cooperation.  Additionally, after many months of negotiations with third parties to obtain an initial location of the parties' collaborative endeavor, the initial plans for the location fell through and the parties and third parties are working to secure new real estate to be used for the new location.  The negotiations for the new location are in progress.  The parties anticipated business deal, as currently envisioned, is predicated upon opening a new health care facility at which they will collaborate to their mutual

benefit, so the deal is necessarily predicated on obtaining a new location.

      The parties are both optimistic that they will be able to put together a mutually agreeable and beneficial deal, but finalizing the details of their collaboration is taking time, and the parties find it necessary to request that this present litigation be stayed further in order to allow them the opportunity to finalize a deal.

| BOSTON SPORTS MEDICINE, INC.,<br>By its attorneys, | BOSTON SPORTS MEDICINE AND<br>RESEARCH INSTITUTE, LLC<br>By its attorney, |
|---|---|
| */s/ Douglas F. Hartman*<br>_____<br>Douglas F. Hartman, BBO# 642823<br>HARTMAN LEONE<br>One Boston Place<br>201 Washington Street, 26th Floor<br>Boston, Massachusetts 02108<br>P:  617-807-0091<br>F:  617-507-8334<br>dhartman@hartmanleone.com | */s/ Lawrence K. DeMeo*<br>_____<br>Lawrence K. DeMeo (BBO #: 658867)<br>MANION GAYNOR & MANNING, LLP<br>125 High Street<br>Boston, MA 02110<br>(617) 670-8800<br>(617) 670-8801 (fax)<br>LDemeo@mgmlaw.com |