UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON SPORTS MEDICINE, INC., : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.: 1:16 cv10143 DJC |
| v. : | |
| : | |
| BOSTON SPORTS MEDICINE & : | |
| RESEARCH INSTITUTE, LLC, : | |
| : | |
| Defendant. : | |

**JOINT MOTION TO STAY**

NOW COME the parties to this matter, Boston Sports Medicine, Inc., and Boston Sports Medicine & Research Institute, LLC, and respectfully request that this Honorable Court stay this matter for a period of six (6) months.

As grounds, the parties state that they are in the process of formulating and finalizing a business plan that would result in a mutually beneficial collaboration between the parties' businesses. They have been working diligently since February of this year to finalize the agreement, however, obstacles have arisen that have delayed the agreement. As the parties are in the medical field, their agreement necessarily relies upon the cooperation of insurers as well as other health care providers. Additionally, the negotiations with third parties involving the location of the endeavor did not pan out and the parties and third parties are working on a real estate deal for a different location. Counsel in this matter for the parties are striving to keep their interference with the procedure to a minimum so as to avoid further complicating the deal. In that light, and also with the understanding that both parties are optimistic about coming to a mutually

agreeable and beneficial solution to this matter, the parties respectfully request an additional six (6) months stay of this matter in order to give them the time to finalize their business dealings going forward.

In the alternative, the parties respectfully request this Honorable Court grant a short stay of one (1) month so that the parties may negotiate a dismissal without prejudice and statute of limitations tolling agreement.

The requested stay will not prejudice any party.

WHEREFORE, the parties to this matter, Boston Sports Medicine, Inc., and Boston Sports Medicine & Research Institute, LLC, respectfully request this Honorable Court stay this matter for a period of six (6) months.

| BOSTON SPORTS MEDICINE, INC., By its attorneys, | BOSTON SPORTS MEDICINE AND RESEARCH INSTITUTE, LLC By its attorney, |
|---|---|
| */s/ Douglas F. Hartman* | */s/ Lawrence K. DeMeo* |
| _____ | _____ |
| Douglas F. Hartman, BBO# 642823 HARTMAN LEONE One Boston Place 201 Washington Street, 26th Floor Boston, Massachusetts 02108 P: 617-807-0091 F: 617-507-8334 dhartman@hartmanleone.com | Lawrence K. DeMeo (BBO #: 658867) MANION GAYNOR & MANNING, LLP 125 High Street Boston, MA 02110 (617) 670-8800 (617) 670-8801 (fax) LDemeo@mgmlaw.com |