### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON SPORTS MEDICINE, INC., <br><br> Plaintiff, <br><br>       v. <br><br> BOSTON SPORTS MEDICINE & <br> RESEARCH INSTITUTE, LLC, <br><br> Defendant. | Civil Action No. 1:16-cv-10143-DJC |

### <u>JOINT STATUS REPORT</u>

Pursuant to the Court's Order dated September 21, 2017 (DN 21), Boston Sports Medicine, Inc. and Boston Sports Medicine & Research Institute, LLC (together, the "Parties") submit the following status report and request that a Nisi Order for a dismissal without prejudice to be entered on Tuesday, March 20, 2018 unless the Parties resolve the present action prior to that date.

The Parties state that they are continuing to finalize a business plan that would result in a mutually beneficial collaboration between the Parties' businesses and resolve the litigation.  In order to ensure that the Parties have sufficient time to finalize those arrangements, the Parties have agreed in principle that they will jointly request a dismissal of the current action without prejudice along with an agreement to toll the applicable statute of limitations for one year.  Although the Parties need a little time to execute the terms of the tolling agreement, the Parties anticipate that they will submit their joint request for a stipulation of dismissal without prejudice within one month, i.e., by November 20, 2017, and are confident that they will do so prior to the entry of the

Nisi Order on March 20, 2018.

| BOSTON SPORTS MEDICINE, INC., | BOSTON SPORTS MEDICINE AND |
|---|---|
| By its attorneys, | RESEARCH INSTITUTE, LLC |
| | By its attorney, |

*/s/ Douglas F. Hartman*     */s/ Lawrence K. DeMeo*
_____  _____
Douglas F. Hartman, BBO# 642823  Lawrence K. DeMeo (BBO #: 658867)
HARTMAN LEONE       MANION GAYNOR & MANNING, LLP
One Boston Place        125 High Street
201 Washington Street, 26th Floor  Boston, MA 02110
Boston, Massachusetts 02108   (617) 670-8800
P:  617-807-0091       (617) 670-8801 (fax)
F:  617-507-8334       LDemeo@mgmlaw.com
dhartman@hartmanleone.com

Date: October 20, 2017      Date: October 20, 2017
*#2042603*

## CERTIFICATE OF SERVICE

   I, Lawrence K. DeMeo, hereby certify that on October 20, 2017 the foregoing

document was served on all counsel of record via ECF.

             */s/ Lawrence K. DeMeo*
             Lawrence K. DeMeo