UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOSTON SPORTS MEDICINE, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 1:16 cv10143 DJC |
| v. | : | |
| | : | |
| BOSTON SPORTS MEDICINE & RESEARCH INSTITUTE, LLC, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

The parties in the above entitled matter, hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the action be dismissed without prejudice.

| BOSTON SPORTS MEDICINE, INC., By its attorneys, | BOSTON SPORTS MEDICINE AND RESEARCH INSTITUTE, LLC By its attorney, |
|---|---|
| */s/ Douglas F. Hartman* <br> _____ <br> Douglas F. Hartman, BBO# 642823 <br> HARTMAN LEONE <br> One Boston Place <br> 201 Washington Street, 26th Floor <br> Boston, Massachusetts 02108 <br> P: 617-807-0091 <br> F: 617-507-8334 <br> dhartman@hartmanleone.com | */s/ Lawrence K. DeMeo* <br> _____ <br> Lawrence K. DeMeo (BBO #: 658867) <br> MANION GAYNOR & MANNING, LLP <br> 125 High Street <br> Boston, MA 02110 <br> (617) 670-8800 <br> (617) 670-8801 (fax) <br> LDemeo@mgmlaw.com |